Before STATE INDUSTRIAL BOARD, Respondent. NORMAN POTTLE, Respondent, v. WILLIAM H. ATKINSON COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the award is made for a period during part of which claimant was employed and for which he received his regular pay. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. PETER PRENSCHETZ, Respondent, v. CENTURY IRON COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

AMOS PLOUFE and Another, as Administrators, etc., of JOSEPH PLOUFE, Deceased, Appellants, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Judgment and order reversed on the law and new trial granted, with costs to the appellants to abide the event, on the ground that the questions of the negligence of the deceased and of the defendant were proper questions for the consideration of the jury. All concur.

JONATHAN T. RIDER, Respondent, v. UNIVERSAL ROAD MACHINERY COMPANY, Appellant. (Action No. 1.) UNIVERSAL ROAD MACHINERY COMPANY, Appellant, v. JONATHAN T. RIDER, Respondent. (Action No. 2.) — Orders affirmed, with ten dollars costs and disbursements. All concur, except H. T. Kellogg, J., dissenting.

GUSTAVUS A. ROGERS, Respondent, v. ANDREW BOEHM and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. BLANCHE ROBERTSON, Respondent, v. A. S. PETTIT & SONS, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA ROACH, Respondent, v. OIL WELLS SUPPLY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN RYDZEWSKI, SR., and Others, Respondents, v. THE MATHIESON ALKALI WORKS, INC., Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no dependency has been established. All concur, except H. T. Kellogg and Hinman, JJ., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. ANTONIA MARIA RAGO, Respondent, v. AMALGAMATED PAINT AND SCALING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. STEPHEN J. RYAN, Respondent, v. VANDAM WAREHOUSE CO., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH N. ROBILLARD, Respondent, v. R. H. MACY & COMPANY, INC., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence that claimant suffered from pulmonary tuberculosis; and also on the ground that appellants did not have a reasonable opportunity to examine the doctor whose report was received in evidence. All concur.